ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General
State Bar No. 246054
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3807
  Fax:  (415)703-5408
  E-mail:  Clint.Woods@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as
California Attorney General, and Blake Graham, in
his official capacity as Acting Director of the
Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEFENSE DISTRIBUTED,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and BLAKE GRAHAM[1], in his official capacity as Acting Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants | 2:22-cv-06200-GW-AGR<br><br>**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 9B<br>Complaint served: September 21, 2022 |

_____
[1] Blake Graham is hereby substituted for former Bureau of Firearms Director Luis Lopez.  See Fed. R. Civ. P. 25(d).

1    Defendants Rob Bonta, in his official capacity as Attorney General of the
2    State of California, and Blake Graham, in his official capacity as Acting Director
3    for the Department of Justice Bureau of Firearms (collectively "Defendants"),
4    submit their answer in response to Plaintiff's First Amended Complaint (FAC)
5    (Dkt. No. 13).  Defendants hereby answer the FAC, in paragraphs that correspond
6    to the FAC's paragraphs, as follows:[2]

7                   **PARTIES, JURISDICTION, AND VENUE[3]**

8        1.    Paragraph No. 1.  Defendants lack sufficient information or belief to
9    respond to the factual allegations in this paragraph, and on that basis deny each and
10   every allegation.  This paragraph also contains allegations that cite statutory
11   provisions, which speak for themselves, though Defendants deny any allegations
12   which misstate the law.  This paragraph also consists of allegations that contain
13   argument and legal contentions that speak for themselves, requiring no response by
14   Defendants.  To the extent that a response is required, Defendants deny each and
15   every allegation.

16       2.    Paragraph No. 2.  Defendants admit that Rob Bonta is the Attorney
17   General of the State of California, that he is the "chief law enforcement officer" of
18   California and has various duties under California law, and that he is sued in his
19   official capacity.  Defendants also admit that the Department of Justice has an
20   office in Los Angeles.  The remainder of this paragraph consists of allegations that
21   contain argument and legal contentions that speak for themselves, requiring no
22   response by Defendants.  To the extent that a response is required, Defendants deny
23   each and every such allegation.

24       3.    Paragraph No. 3.  Defendants deny that Luis Lopez is the Director of the
25   Bureau of Firearms, as he no longer holds that position.  However, Defendants

26   ───────────────
        [2] The following responses to each paragraph include responses to any
27   footnotes that may be contained in the relevant paragraph.
        [3] For the convenience of the Court and the parties, Defendants utilize certain
28   headings as set forth in the FAC. In doing so, Defendants neither admit nor deny
     any allegations that may be suggested by the Complaint's headings.

Defendants' Answer to Plaintiff's First
                                      Amended Complaint (Case No. 2:22-cv-06200)

1    admit that Blake Graham is the Acting Director of the California Bureau of

2    Firearms, that he has various duties under California law, and that he is sued in his

3    official capacity.  Defendants also admit that the Bureau of Firearms has an office

4    in Los Angeles.  The remainder of this paragraph consists of allegations that

5    contain argument and legal contentions that speak for themselves, requiring no

6    response by Defendants.  To the extent that a response is required, Defendants deny

7    each and every such allegation.

8         4.    Paragraph No. 4.  This paragraph consists of allegations that contain

9    argument and legal contentions that speak for themselves, requiring no response by

10   Defendants.  To the extent that a response is required, Defendants deny each and

11   every allegation.

12        5.    Paragraph No. 5.  This paragraph consists of allegations that contain

13   argument and legal contentions that speak for themselves, requiring no response by

14   Defendants.  To the extent that a response is required, Defendants deny each and

15   every allegation.

16                         **FACTUAL ALLEGATIONS**

17        6.    Paragraph No. 6.  This paragraph consists of allegations that contain

18   argument and legal contentions that speak for themselves, requiring no response by

19   Defendants.  To the extent that a response is required, Defendants deny each and

20   every allegation.  Defendants lack sufficient information or belief to respond to the

21   factual allegations in this paragraph, and on that basis deny each and every

22   allegation.

23        7.    Paragraph No. 7.  This paragraph consists of allegations citing authorities

24   that speak for themselves, requiring no response by Defendants.  To the extent that

25   a response is required, Defendants deny each and every allegation.  Defendants lack

26   sufficient information or belief to respond to the factual allegations in this

27   paragraph, and on that basis deny each and every allegation.

28

8.     Paragraph No. 8.  This paragraph consists of allegations citing authorities that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

9.     Paragraph No. 9.  This paragraph consists of allegations citing authorities that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

10.    Paragraph No. 10.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

11.    Paragraph No. 11.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

12.    Paragraph No. 12.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

13.    Paragraph No. 13.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

14.    Paragraph No. 14.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

15.    Paragraph No. 15.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

16.   <u>Paragraph No. 16.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

17.   <u>Paragraph No. 17.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

18.   <u>Paragraph No. 18.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

19.   <u>Paragraph No. 19.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

20.   <u>Paragraph No. 20.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the

1  factual allegations in this paragraph, and on that basis deny each and every

2  allegation.

3      21.   Paragraph No. 21.  This paragraph consists of allegations that contain

4  argument and legal contentions that speak for themselves, requiring no response by

5  Defendants.  To the extent that a response is required, Defendants deny each and

6  every allegation.  Defendants lack sufficient information or belief to respond to the

7  factual allegations in this paragraph, and on that basis deny each and every

8  allegation.

9      22.   Paragraph No. 22.  This paragraph consists of allegations that contain

10  argument and legal contentions that speak for themselves, requiring no response by

11  Defendants.  To the extent that a response is required, Defendants deny each and

12  every allegation.  Defendants lack sufficient information or belief to respond to the

13  factual allegations in this paragraph, and on that basis deny each and every

14  allegation.

15      23.   Paragraph No. 23.  This paragraph consists of allegations that contain

16  argument and legal contentions that speak for themselves, requiring no response by

17  Defendants.  To the extent that a response is required, Defendants deny each and

18  every allegation.  Defendants lack sufficient information or belief to respond to the

19  factual allegations in this paragraph, and on that basis deny each and every

20  allegation.

21      24.   Paragraph No. 24.  This paragraph consists of allegations that contain

22  argument and legal contentions that speak for themselves, requiring no response by

23  Defendants.  To the extent that a response is required, Defendants deny each and

24  every allegation.  Defendants lack sufficient information or belief to respond to the

25  factual allegations in this paragraph, and on that basis deny each and every

26  allegation.

27      25.   Paragraph No. 25.  This paragraph consists of allegations that contain

28  argument and legal contentions that speak for themselves, requiring no response by

1  Defendants.  To the extent that a response is required, Defendants deny each and
2  every allegation.  Defendants lack sufficient information or belief to respond to the
3  factual allegations in this paragraph, and on that basis deny each and every
4  allegation.

5      26.   Paragraph No. 26.  This paragraph consists of allegations that contain
6  argument and legal contentions that speak for themselves, requiring no response by
7  Defendants.  To the extent that a response is required, Defendants deny each and
8  every allegation.  Defendants lack sufficient information or belief to respond to the
9  factual allegations in this paragraph, and on that basis deny each and every
10  allegation.

11      27.   Paragraph No. 27.  This paragraph consists of allegations that contain
12  argument and legal contentions that speak for themselves, requiring no response by
13  Defendants.  To the extent that a response is required, Defendants deny each and
14  every allegation.  Defendants lack sufficient information or belief to respond to the
15  factual allegations in this paragraph, and on that basis deny each and every
16  allegation.

17      28.   Paragraph No. 28.  This paragraph consists of allegations that contain
18  argument and legal contentions that speak for themselves, requiring no response by
19  Defendants.  To the extent that a response is required, Defendants deny each and
20  every allegation.  Defendants lack sufficient information or belief to respond to the
21  factual allegations in this paragraph, and on that basis deny each and every
22  allegation.

23      29.   Paragraph No. 29.  This paragraph consists of allegations that contain
24  argument and legal contentions that speak for themselves, requiring no response by
25  Defendants.  To the extent that a response is required, Defendants deny each and
26  every allegation.  Defendants lack sufficient information or belief to respond to the
27  factual allegations in this paragraph, and on that basis deny each and every
28  allegation.

Defendants' Answer to Plaintiff's First
Amended Complaint (Case No. 2:22-cv-06200)

30.   <u>Paragraph No. 30.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

31.   <u>Paragraph No. 31.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

32.   <u>Paragraph No. 32.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

33.   <u>Paragraph No. 33.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

34.   <u>Paragraph No. 34.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the

1  factual allegations in this paragraph, and on that basis deny each and every
2  allegation.

3      35.   Paragraph No. 35.  This paragraph consists of allegations that contain
4  argument and legal contentions that speak for themselves, requiring no response by
5  Defendants.  To the extent that a response is required, Defendants deny each and
6  every allegation.  Defendants lack sufficient information or belief to respond to the
7  factual allegations in this paragraph, and on that basis deny each and every
8  allegation.

9      36.   Paragraph No. 36.  This paragraph consists of allegations that contain
10  argument and legal contentions that speak for themselves, requiring no response by
11  Defendants.  To the extent that a response is required, Defendants deny each and
12  every allegation.  Defendants lack sufficient information or belief to respond to the
13  factual allegations in this paragraph, and on that basis deny each and every
14  allegation.

15      37.   Paragraph No. 37.  This paragraph consists of allegations that contain
16  argument and legal contentions that speak for themselves, requiring no response by
17  Defendants.  To the extent that a response is required, Defendants deny each and
18  every allegation.  Defendants lack sufficient information or belief to respond to the
19  factual allegations in this paragraph, and on that basis deny each and every
20  allegation.

21      38.   Paragraph No. 38.  This paragraph consists of allegations that contain
22  argument and legal contentions that speak for themselves, requiring no response by
23  Defendants.  To the extent that a response is required, Defendants deny each and
24  every allegation.  Defendants lack sufficient information or belief to respond to the
25  factual allegations in this paragraph, and on that basis deny each and every
26  allegation.

27      39.   Paragraph No. 39.  This paragraph consists of allegations that contain
28  argument and legal contentions that speak for themselves, requiring no response by

Defendants.  To the extent that a response is required, Defendants deny each and every allegation.  Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

40.  Paragraph No. 40.  Defendants admit that on June 30, 2022, AB 1621 was approved by the Governor.  The remainder of this paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

41.  Paragraph No. 41.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

42.  Paragraph No. 42.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

43.  Paragraph No. 43.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

44.  Paragraph No. 44.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

45.  Paragraph No. 45.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by

Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

46.  Paragraph No. 46.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

47.  Paragraph No. 47.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

48.  Paragraph No. 48.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

49.  Paragraph No. 49.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

50.  Paragraph No. 50.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

51.  Paragraph No. 51.  Defendants admit that on April 24, 2022, the Federal Bureau of Alcohol, Tobacco, and Firearms issued a Final Rule codified at 27 C.F.R. §§ 478.11 and 478.12 (Final Rule).  The remainder of this paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

52.  Paragraph No. 52.  Defendants admit that the Final Rule took effect on August 24, 2022.

53.  Paragraph No. 53.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

54.  Paragraph No. 54.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

55.  Paragraph No. 55.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

56.  Paragraph No. 56.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

57.  Paragraph No. 57.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

58.  Paragraph No. 58.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

59.  Paragraph No. 59.  Defendants admit that on July 22, 2022, SB 1327 was approved by the Governor.  The remainder of this paragraph consists of allegations

that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

60.   Paragraph No. 60.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

61.   Paragraph No. 61.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

62.   Paragraph No. 62.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

63.   Paragraph No. 63.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

64.   Paragraph No. 64.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

65.   Paragraph No. 65.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

66.   <u>Paragraph No. 66.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

67.   <u>Paragraph No. 67.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

68.   <u>Paragraph No. 68.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

69.   <u>Paragraph No. 69.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

70.   <u>Paragraph No. 70.</u>  Defendants admit that on July 22, 2022, SB 1327 was enacted by the Governor.  The remainder of this paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

**FIRST CLAIM FOR RELIEF**
**(42 U.S.C. § 1983 Action for Deprivation of Plaintiff's Rights Under U.S. Const. amends. II and XIV)**

71.   <u>Paragraph No. 71.</u>  Defendants incorporate by reference the answers to Paragraphs 1 through 70 above.

Defendants' Answer to Plaintiff's First
Amended Complaint (Case No. 2:22-cv-06200)

72. <u>Paragraph No. 72.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

73. <u>Paragraph No. 73.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

74. <u>Paragraph No. 74.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

75. <u>Paragraph No. 75.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

76. <u>Paragraph No. 76.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

77. <u>Paragraph No. 77.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

78. <u>Paragraph No. 78.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

79.   Paragraph No. 79.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

80.   Paragraph No. 80.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

81.   Paragraph No. 81.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

**SECOND CLAIM FOR RELIEF**
**(42 U.S.C. § 1983 Action for Deprivation of Plaintiff's Rights Under U.S. Const. amends. I and XIV)**

82.   Paragraph No. 82.  Defendants incorporate by reference the answers to Paragraphs 1 through 81 above.

83.   Paragraph No. 83.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

84.   Paragraph No. 84.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

85.   Paragraph No. 85.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by

Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

86.   Paragraph No. 86.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

87.   Paragraph No. 87.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

88.   Paragraph No. 88.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

89.   Paragraph No. 89.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

90.   Paragraph No. 90.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

91.   Paragraph No. 91.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

92.   Paragraph No. 92.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by

Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

93.   Paragraph No. 93.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

94.   Paragraph No. 94.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

95.   Paragraph No. 95.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

**THIRD CLAIM FOR RELIEF**
**(42 U.S.C. § 1983 Action for Deprivation of Plaintiff's Right to Equal Protection Under U.S. Const. amend. XIV)**

96.   Paragraph No. 96.  Defendants incorporate by reference the answers to Paragraphs 1 through 95 above.

97.   Paragraph No. 97.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

98.   Paragraph No. 98.  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

99. <u>Paragraph No. 99.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

100. <u>Paragraph No. 100.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

101. <u>Paragraph No. 101.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

102. <u>Paragraph No. 102.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

103. <u>Paragraph No. 103.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

104. <u>Paragraph No. 104.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

105. <u>Paragraph No. 105.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

## FOURTH CLAIM FOR RELIEF
### (Supremacy Clause, U.S. Const. art. VI)

106. <u>Paragraph No. 106.</u>  Defendants incorporate by reference the answers to Paragraphs 1 through 105 above.

107. <u>Paragraph No. 107.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

108. <u>Paragraph No. 108.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants.  To the extent that a response is required, Defendants deny each and every allegation.

Defendants deny that Plaintiff is entitled to the relief set forth in the Prayer for Relief immediately following paragraph 108, or to any relief whatsoever.  To the extent that the Prayer for Relief states any allegations, Defendants deny them.

In addition, without admitting any allegations contained in the FAC, the Defendants assert the following defenses based on information and belief:

### FIRST AFFIRMATIVE DEFENSE

The FAC, and the claims for relief alleged therein, fail to state facts sufficient to constitute a cause of action against Defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims in this action are barred in that Plaintiff does not have standing to bring them.

### THIRD AFFIRMATIVE DEFENSE

The FAC, and each cause of action therein, are improper as Plaintiff has an adequate remedy at law.

**FOURTH AFFIRMATIVE DEFENSE**

The FAC, and every cause of action therein, are barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

**FIFTH AFFIRMATIVE DEFENSE**

To the extent that the Defendants have undertaken any conduct with regard to the subjects and events underlying Plaintiff's FAC, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

**SIXTH AFFIRMATIVE DEFENSE**

The FAC, and each and every cause of action therein, are barred by U.S. Const. amend. XI.

**SEVENTH AFFIRMATIVE DEFENSE**

The FAC, and each and every cause of action therein, are barred by the doctrine of preclusion.

**EIGHTH AFFIRMATIVE DEFENSE**

The FAC, and each and every cause of action therein, are barred by the doctrine of abstention.

**NINTH AFFIRMATIVE DEFENSE**

Defendants have not knowingly or intentionally waived any applicable affirmative defense. Defendants reserve the right to assert and rely upon other such defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by others in this case, and to amend the Answer and/or affirmative defenses accordingly. Defendants further reserve the right to amend the Answer to delete affirmative defenses that they determine are not applicable after subsequent discovery.

WHEREFORE, Defendants pray that:

1. Plaintiff take nothing by reason of the Complaint;

2. Judgment be entered in favor of Defendants;

1      3.  Defendants be awarded costs incurred in defending this action; and

2      4.  Defendants be awarded such further relief that the Court may deem just and

3  proper.

4

5  Dated:  October 21, 2022                          Respectfully submitted,

6                                                    ROB BONTA
                                                     Attorney General of California
7                                                    R. MATTHEW WISE
                                                     Supervising Deputy Attorney General

8

9                                                    /s/ S. Clinton Woods
10                                                   S. CLINTON WOODS
                                                     Deputy Attorney General
11

12                                                   *Attorneys for Defendants Rob Bonta*
                                                     *in his Official Capacity as Attorney*
13                                                   *General of the State of California,*
                                                     *and Blake Graham, in his Official*
14                                                   *Capacity as Acting Director of the*
                                                     *Bureau of Firearms*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Answer to Plaintiff's First
Amended Complaint (Case No. 2:22-cv-06200)

# CERTIFICATE OF SERVICE

Case Name:   ***Defense Distributed, et al. v. Rob Bonta, et al.***        Case No.   **2:22-cv-06200-CAS-AGR**

I hereby certify that on October 21, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 21, 2022, at San Francisco, California.

K. Figueroa-Lee
Declarant                                                   Signature

SA2022303896
43446967.docx