Michael Reynolds (CA#174534)
Brett W. Johnson (CA#205988)
Cameron J. Schlagel (CA#320732)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
E-Mail: mreynolds@swlaw.com
        bwjohnson@swlaw.com
        cschlagel@swlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE DISTRIBUTED, a Texas corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BONTA, in his official capacity as California Attorney General; ALLISON MENDOZA, in her official capacity as Acting Director of the California Bureau of Firearms,<br><br>　　　　　Defendants. | Case No. 2:22-cv-06200-GW-AGR<br><br>**Stipulation re: Dismissal of Action with Prejudice and Waiver and Release of Claims** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Defense Distributed ("Plaintiff") and Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Alison Mendoza, in her official capacity as Acting Director for the California Department of Justice Bureau of Firearms, having substituted in for former Bureau of Firearms Director Luis Lopez pursuant to Rule 25(d) of the

*Snell & Wilmer*
L.L.P.
law offices
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Federal Rules of Civil Procedure (collectively, "Defendants"), hereby stipulate and agree as follows:

1.      Plaintiff filed this action for declaratory and injunctive relief on or about August 31, 2022.  Plaintiff filed its first amended complaint for declaratory and injunctive relief on September 21, 2022 (the "First Amended Complaint").  The First Amended Complaint alleges its first claim for relief for violation of the Second Amendment (the "First Claim for Relief") and its second claim for relief for violation of the First Amendment (the "Second Claim for Relief").

2.      Defendants timely answered the First Amended Complaint on October 21, 2022.

3.      The parties now agree that the First Amended Complaint should be dismissed in exchange for a waiver of fees and costs, and that Defendants should waive and release any and all claims they may have under California law against Plaintiff, its principals, agents and attorneys, arising out of Code of Civil Procedure section 1021.11 that could have been brought with respect to the First Amended Complaint.

4.      Accordingly, the parties agree to the dismissal with prejudice of Plaintiff's First Claim for Relief and to the dismissal without prejudice of the Second Claim for Relief.


Dated: November 18, 2022                  SNELL & WILMER LLP


                                          By:  _____
                                               Michael B. Reynolds
                                               Cameron J. Schlagel
                                               Attorneys for Plaintiff
                                               Defense Distributed

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Dated: November 18, 2022

ROB BONTA
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General

By: _____/s/ S. Clinton Woods_____

S. Clinton Woods
Deputy Attorney General
Attorneys for Rob Bonta, in his
official capacity as California Attorney
General, and Allison Mendoza, in her
official capacity as Acting Director of
the Department of Justice Bureau of
Firearms

## SIGNATURE CERTIFICATION (Local Rule 5-4.3.4)

I, Michael B. Reynolds, certify that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: November 18, 2022

SNELL & WILMER, LLP

By: _____

Michael B. Reynolds
Cameron J. Schlagel
Attorneys for Plaintiff
Defense Distributed

4878-4219-0911

STIPULATION RE DISMISSAL
CASE NO. 2:22-CV-06200-GW-AGR

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000