JS-6

Michael Reynolds (CA#174534)
Brett W. Johnson (CA#205988)
Cameron J. Schlagel (CA#320732)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
E-Mail: mreynolds@swlaw.com
         bwjohnson@swlaw.com
         cschlagel@swlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE DISTRIBUTED, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as California Attorney General; LUIS LOPEZ, in his official capacity as Director of the California Bureau of Firearms,<br><br>Defendant. | Case No. CV 22-6200-GW-AGRx<br><br>**Order Approving Stipulation to Dismissal of Action** |

**ORDER**

On November 18, 2022, Plaintiff and Defendants filed a Stipulation re: Dismissal of Action with Prejudice and Waiver and Release of Claims (the "Stipulation"). The parties have stipulated to the dismissal with prejudice of Plaintiff's First Claim for Relief and to the dismissal without prejudice of its Second Claim for Relief. The parties have further agreed that Defendants waive and release all claims they may have under California law against Plaintiff, its

principals, agents, and attorneys, arising out of Code of Civil Procedure section 1021.11 that could have been brought with respect to the First Amended Complaint.

Having reviewed the Stipulation and good cause appearing, the Court hereby approves the parties' Stipulation and **ORDERS** as follows:

1. Plaintiff's First Claim for Relief is dismissed with prejudice.
2. Plaintiff's Second Claim for Relief is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 21, 2022

_____
HON. GEORGE H. WU, U.S. District Judge